**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YEFU WANG,<br><br>       Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>       Respondents. | No. 5:26-cv-00155-JAK (ADSx)<br><br>**ORDER RE PARTIES' JOINT STATUS REPORT REGARDING COMPLIANCE WITH TRO AND MOOTNESS (DKT. 13)** |

1

Based on a review of the Joint Status Report Regarding Compliance with TRO and Mootness (the "Joint Report" (Dkt. 13)), to ensure the terms of the January 27, 2026 Order (the "Order") remain in place pending the finalization of any agreement to dismiss the action as moot, including any decision by the Respondents as to whether they will file an appeal as to the Order, this action is stayed in its entirety for 30 days, i.e., until March 11, 2026. On or before March 9, 2026, at Noon, the parties shall file a joint report stating their respective/collective positions as to the following: (1) whether Respondents have filed an appeal as to the Order; and (2) whether the action is moot in light of Petitioner's release on bond. If the parties do not agree that the action should be dismissed as moot, the deadline for Respondents to file any written response to the Order to Show Cause as to why a preliminary injunction should not issue, will be extended to March 13, 2026. Petitioner's corresponding deadline to file any reply will be extended to March 18, 2026.

**IT IS SO ORDERED.**

Dated:  February 10, 2026

_____
John A. Kronstadt
United States District Judge

2